**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **v.** | ) **CRIMINAL NO. 1:24-00112-TFM-N** |
| | ) |
| **WILLIAM THOMAS AGEE, JR.,** | ) |
|     **Defendant.** | ) |

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

The Defendant, **WILLIAM THOMAS AGEE, JR.**, by consent (Doc. 187), appeared along with his counsel of record, Derrick Williams, before the undersigned Magistrate Judge on February 10, 2025, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. Defendant entered a plea of guilty to Count 2 of the Superseding Indictment (Doc. 170), charging a violation of Title 21, United States Code, Section 846, conspiracy to possess with intent to distribute cocaine.

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the undersigned has determined that the guilty plea was made knowingly and voluntarily, and that the offense charged in the Indictment is supported by an independent basis in fact as to each of the essential elements of such offenses. The undersigned Magistrate Judge therefore **RECOMMENDS** that the plea of guilty be accepted and that the Defendant, **WILLIAM THOMAS AGEE, JR.**, be adjudged guilty and have sentence imposed accordingly. Defendant's sentencing hearing before District Judge Terry F. Moorer is set for **JUNE 18, 2025,** at 1:30 p.m. (Central), pending the adoption of this Report and Recommendation.

## <u>NOTICE TO PARTIES</u>

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any un-objected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.

**DONE** this the 10th day of February 2025.

/s/ *Sonja F. Bivins*
**SONJA F. BIVINS**
**UNITED STATES MAGISTRATE JUDGE**