IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIM. ACT. NO. 1:24-cr-112-TFM-B |
| ) | |
| WILLIAM THOMAS AGEE, JR. ) | |

ACCEPTANCE OF GUILTY PLEA
AND ADJUDICATION OF GUILT

On February 10, 2025, the Defendant William Thomas Agee Jr, by consent, appeared before the Magistrate Judge and entered a plea of guilty to Count Two of the Superseding Indictment (Doc. 170) charging a violation of Title 21, United States Code, Section 846, conspiracy to possess with intent to distribute cocaine. *See* Docs. 299, 307. The Magistrate Judge entered a Report and Recommendation wherein she recommends the plea of guilty be accepted. *See* Doc. 308. No objections were filed, and the time frame has passed.

Accordingly, the Report and Recommendation is adopted as the opinion of the Court. The plea of guilty of the Defendant to Count 2 of the Superseding Indictment is accepted, and the Defendant is adjudged guilty of such offense.

A sentencing hearing had been scheduled for June 18, 2025 at 1:30 p.m. (Docs. 307, 308), but subsequent to that announcement, the trial for the co-defendants was continued to June 9, 2025. Therefore, Defendant filed an *Unopposed Motion to Continue Sentencing* (Doc. 329, filed 2/25/26). For good cause show, that motion is **GRANTED**. Therefore, the sentencing hearing in this case is scheduled for **July 10, 2025 at 1:30 p.m.**

**DONE** and **ORDERED** this 28th day of February, 2025.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE